UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES VERNON-HUNT,<br><br>                              Petitioner,<br><br>             -against-<br><br>CARLOS GUZMAN,<br><br>                              Respondent. | 22-CV-5181 (VSB)<br><br>ORDER OF SERVICE |

VERNON S. BRODERICK, United States District Judge:

    Petitioner, who is proceeding *pro se*, brings this petition under the Federal Arbitration Act, 9 U.S.C. § 9, seeking confirmation of an arbitration award. Petitioner paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Respondent Carlos Guzman. Petitioner is directed to serve the summons and petition on Respondent within 90 days of the issuance of the summons. If within those 90 days, Petitioner has not either served Respondent or requested an extension of time to do so, the Court may dismiss the claims against Respondent under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:  June 30, 2022
           New York, New York

                                                                          VERNON S. BRODERICK
                                                                          United States District Judge