UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JAMES DAVID VERNON-HUNT,                                     :
:
                Plaintiff,                                :
:         22-CV-5181 (VSB)
    -against-                                             :
:                **ORDER**
CARLOS GUZMAN,                                               :
:
                Defendant.                                :
:
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on June 20, 2022, (Doc. 1), and filed an affidavit of service on July 19, 2022, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was August 8, 2022. (*See* Doc. 7.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 1, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated:    October 4, 2022
             New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge