UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES DAVID VERNON-HUNT,
                          Petitioner,                    22 **CIVIL** 5181 (VSB)

      -against-                                        **JUDGMENT**

CARLOS GUZMAN,
                          Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 15, 2022, Petitioners' motion is GRANTED. The Award is CONFIRMED, and judgment is entered in favor of Petitioner and against Respondent in the amount of $423,833 in compensatory damages plus interest at the rate of 9% per annum from August 30, 2013, until the award is paid in full; accordingly, the case is closed.

**Dated**: New York, New York
         November 17, 2022

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                          **BY:**                *K. Mango*
                                                                **Deputy Clerk**